IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00799-WDM-CBS

TIMBER DOODLE GLADE EQUITY VENTURE,
HILL, WILLIAMS & HICKS, LLC, and
DON JOHNSON,

      Plaintiffs,

v.

D.E. SHAW LAMINAR LENDING, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc. no. 6*) is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Defendant attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**      May 30, 2006