IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00799-WDM-CBS

TIMBER DOODLE GLADE EQUITY VENTURE, LLC, et al.,

    Plaintiffs,

v.

D.E. SHAW LAMINAR LENDING, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to reconsider reference to magistrate judge (doc. no. 33) is denied.

Dated:  January 10, 2007

                                                s/ Jane Trexler, Secretary/Deputy Clerk