**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00799-WDM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| TIMBER DOODLE GLADE EQUITY VENTURES, LLC, *et al.*, | Kate E. Manka |
| **Plaintiffs,** | |
| v. | |
| D.E. SHAW LAMINAR LENDING, INC., | John F. Young |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      1:28 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   Plaintiffs' Motion for Leave to File First Amended Complaint [filed December 1, 2006; doc. 29] is granted for the reasons stated on the record. The First Amended Complaint and Jury Demand filed December 1, 2006 is deemed filed on this date.**

**ORDERED:   The settlement conference set for March 1, 2007 is VACATED.  Counsel shall contact Magistrate Judge Shaffer's chambers within seventy-two (72) hours of a ruling on the pending motion to dismiss to set a new settlement conference date.**

HEARING CONCLUDED.

**Court in Recess**:      1:56 p.m.
Total In-Court Time:      00:28