**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00799-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 30, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

TIMBER DOODLE GLADE EQUITY                         Kate E. Manka, via telephone
VENTURES, LLC, *et al.*,

     **Plaintiffs,**

     v.

D.E. SHAW LAMINAR LENDING, INC.,                  John F. Young, via telephone

     **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      11:30 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   Plaintiffs' Motion for Leave to Take Depositions and to Continue Discovery
Cutoff and Dispositive Motion Deadline [filed May 7, 2007; doc. 51] is
granted in part and denied part for the reasons stated on the record.  The
discovery cutoff shall be extended to August 29, 2007, and the dispositive
motion deadline shall be extended to September 27, 2007.  Plaintiffs' motion
to take depositions is denied without prejudice.**

HEARING CONCLUDED.

**Court in Recess:      11:46 a.m.**
Total In-Court Time:      00:16